■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY DOWNEY, Appellant. [680 NYS2d 555] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered June 20, 1997, convicting him of grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J. P., Thompson, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS EARL, Appellant. [679 NYS2d 665] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered May 12, 1997, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The voir dire minutes do not support the defendant's assertion that two venirepersons indicated actual bias, or that they would otherwise be unable to render an impartial verdict (*see,* CPL 270.20 [1] [b]). Thus, the court did not err in denying the defendant's challenge of each for cause (*see, People v Torpey,* 63 NY2d 361; *People v Archer,* 210 AD2d 241).

The defendant's remaining contentions are without merit. Ritter, J. P., Thompson, Santucci and Joy, JJ., concur.